IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOCAL POINT, LLC, an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:19-cv-5115 |
| v. | ) ) | Judge: |
| KENNETH CZECH, | ) ) ) | |
| Defendant. | | |

**INDEX OF EXHIBITS TO**
**COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF**

| Exhibit | Description |
|:---:|---|
| A | Executed Confidentiality Agreement between Focal Point and Ken Czech |
| B | April 15, 2019 Focal Point Letter to Czech re Resignation |
| C | Focal Point Salaried & Hourly Employees Employee Handbook |