# EXHIBIT B

<mark>Case: 1:19-cv-05115 Document #: 1-3 Filed: 07/30/19 Page 2 of 2 PageID #:28</mark>



**FOCAL POINT**

April 15, 2019

<u>Via Federal Express</u>

Ken Czech
2005 Mustang Drive
Naperville, IL 60565

Dear Ken:

Focal Point is disappointed at your abrupt resignation and departure last Friday. Human Resources will be sending you information relating to your benefit plans.

I have enclosed a copy of the Confidentiality Agreement you executed in 2012. Since your execution of the Agreement, Focal Point has adopted several changes to the non-compete provisions of its form Confidentiality Agreement, all of which are less restrictive on the employee's post Focal Point employment.

The non-compete provisions are in Section 5 of your Confidentiality Agreement. Focal Point agrees to reduce the two (2) year period in Section 5 of your agreement to one (1) year. Further, Focal Point agrees to revise clause (i) of Section 5 of your agreement to read as follows:

"(i) hold or accept the same, similar or related position or job function that I held with Focal Point at any time during my employment with any Competitive Business (as defined in your agreement) either as an employee consultant or owner in the following jurisdictions, California, Illinois, Georgia, New York, Colorado, South Carolina, Texas, New Jersey, Massachusetts, Florida, Pennsylvania, Rhode Island, Maryland, Washington, D.C., Michigan or the Canadian Provinces of Ontario or British Columbia; or"

These changes are less restrictive on your post Focal Point pursuits.

Any questions about your Confidentiality Agreement you can call me at (773) 648-4090.

Sincerely,

*[signature]*

Joseph A Walsh, Jr.
General Counsel

cc: Chris Thornton
    Matt Blakeley
    Suzanne Birsa
    Marlen Ortega

bcc: Jeff McReynolds
     Mike Thornton

<mark>4141 South Pulaski Road  Chicago, Illinois 60632  T 773.247.9494  F 773.247.8484  focalpointlights.com</mark>