## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Focal Point, LLC

                Plaintiff,

v.

                                      Case No.: 1:19–cv–05115

Kenneth Czech                         Honorable Rebecca R. Pallmeyer

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 15, 2019:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Joint motion for extension of time to answer or otherwise respond to Plaintiff's complaint [11] is granted. The Court will set a responsive pleading deadline at the 10/9/2019 status hearing. Noticed motion date of 8/21/2019 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.